UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the LXS 2006 - 10N, | : : : : | CIVIL ACTION NO. 13-4624 (MLC) |
| Plaintiff, | : : : | **ORDER & JUDGMENT** |
| v. | : : | |
| WAYNE MAY, et al., | : : | |
| Defendants. | : : | |

For the reasons set forth in the Court's Memorandum Opinion dated July 1, 2014,

**IT IS** on this     1st     day of July, 2014, **ORDERED** that the Magistrate Judge's Report and Recommendation entered June 11, 2014 (dkt. entry no. 26) is **ADOPTED** as the opinion of this Court; and it is further

**ADJUDGED** that the action is **REMANDED** to New Jersey Superior Court. Monmouth County; and it is further

**ORDERED** that the Clerk of the Court will designate the action, insofar as it exists in the United States District Court for the District of New Jersey, as **CLOSED**.

                                                           s/ Mary L. Cooper
                                                          **MARY L. COOPER**
                                                          United States District Judge